UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-04642-ODW (KSx) | Date | August 15, 2019 |
|---|---|---|---|
| Title | *Carmen John Perri v. Factory Sushi Japanese Restaurant, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**             **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 17) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. The Court's Order to Show Cause (ECF No. 16) is **DISCHARGED**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                                     _____ : 00

Initials of Preparer     SE